# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GULF ISLAND SHIPYARDS, LLC

VERSUS

HORNBECK OFFSHORE SERVICES, LLC

NO. 2023 CW 0940

**OCTOBER 10, 2023**

---

In Re: Gulf Island Shipyards, LLC, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-14866.

---

**BEFORE: McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to relator's motion advising that the parties have settled the case and requesting that this writ application be dismissed.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
FOR THE COURT